**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| JOHN MICHAEL SCHAEFER, | Case No. 2:25-cv-00650-ODW (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE WALT DISNEY COMPANY et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///

## **JUDGMENT**

    In light of the Court's Order **GRANTING** Defendant's Motion to Dismiss, (ECF No. 36), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.  Defendant shall have **JUDGMENT** in its favor;

2.  Plaintiff shall receive nothing; and

3.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 4, 2025

 

 

_____

            **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**